UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                            CR. NO.  22-cr-20404

                            HONORABLE GERSHWIN DRAIN

GLENN MITCHELL DENNISON,

    Defendant.
_____/

<u>Index of Exhibits</u>

Exhibit 1 – Jason H. Terris, Dennison Declaration, Nov 27 2023 – Final Signed